EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Rubén Hernández Rosario | 2007 TSPR 155 <br><br> 172 DPR ____ |

Número del Caso: TS-2006

Fecha: 17 de agosto de 2007

Abogado de la Parte Peticionaria:

Por Derecho Propio

Oficina de Inspección de Notarías:

Lcda. Lourdes I. Quintana Lloréns
Directora

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Rubén Hernández Rosario

                              TS-2006

SALA DE VERANO COMPUESTA POR EL JUEZ ASOCIADO SEÑOR REBOLLO LÓPEZ, COMO SU PRESIDENTE, Y LAS JUECES ASOCIADAS SEÑORA FIOL MATTA Y SEÑORA RODRÍGUEZ RODRÍGUEZ

RESOLUCIÓN

San Juan, Puerto Rico, a 17 de agosto de 2007

Atendida la comparecencia de la Directora de la Oficina de Inspección de Notarías, se ordena la reinstalación del Lcdo. Rubén Hernández Rosario al ejercicio de la notaría, efectiva el 1 de septiembre de 2007.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo